1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          SOUTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,                  Case No.:  22-cr-2045-JO

10                              Plaintiff,       **ORDER CONTINUING MOTION**
                                                 **HEARING/TRIAL SETTING**
11   v.

12   GABRIEL BALTAZAR-MIRANDA,

13                              Defendant.

14

15       On September 29, 2022, the parties filed a Joint Motion to Continue the Motion

16   Hearing/Trial Setting currently set for October 7, 2022 to November 4, 2022.  For good

17   cause appearing, the Court GRANTS the joint motion to continue [Dkt. 30] and sets the

18   Motion Hearing/Trial Setting on November 4, 2022 at 10:30 a.m.

19       For the reasons set forth in the joint motion, the Court finds that the ends of justice

20   will be served by granting the requested continuance, and these outweigh the interests of

21   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //

24   //

25   //

26   //

27   //

28   //

1      Further, on September 29, 2022, the Defendant filed a pretrial motion that remains

2 pending.  Accordingly, the Court finds that time from September 29, 2022 to November 4,

3 2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4 pending.  18 U.S.C. § 3161(h)(1)(D).

5      IT IS SO ORDERED.

6 Dated:   6/3/22

Hon. Jinsook Ohta
7 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-cr-2045-JO